**Order entered May 16, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00131-CV

## GILBERTO PEREZ, Appellant

## V.

## IYK TEXAS CORP., Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-11816

## ORDER

The Court has before it appellee's May 3, 2016 motion to dismiss and appellant's May 13, 2016 response. We **DENY** appellee's May 3, 2016 motion to dismiss.

The clerk's record in this case is overdue. By postcard dated March 14, 2016, we notified the district clerk that the clerk's record was overdue and directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss this appeal*. *See* TEX. R. APP. P. 37.3(b).

/s/     CRAIG STODDART
          JUSTICE